UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE K-V PHARMACEUTICAL COMPANY SECURITIES LITIGATION | ) ) | No. 4:11CV01816 AGF |

## ORDER SETTING EVIDENTIARY HEARING

**IT IS HEREBY ORDERED** that an evidentiary hearing is set in this case on the pending motions to be appointed lead plaintiff (Doc. Nos. 7, 9, and 12) on **Wednesday, March 28, 2012, at 9:30 a.m.**

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of March, 2012.