UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
(EASTERN DIVISION)

IN RE K-V PHARMACEUTICAL ) No. 4:11-CV-01816-AGF
COMPANY SECURITIES LITIGATION )

## STIPULATION REGARDING SCHEDULE AND ORDER

The undersigned parties, by and through their counsel, hereby stipulate as follows:

WHEREAS, this action is a private securities class action that falls under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4;

WHEREAS, on May 3, 2012, this Court appointed Lori R. Anderson as Lead Plaintiff and approved Lead Plaintiff's selection of Brower Piven, A Professional Corporation, as Lead Counsel for the Class and Holland, Groves, Schneller & Stolze, LLC, as Liaison Counsel for the Class (Dkt. No. 55);

WHEREAS, the parties, through counsel, have conferred and, subject to Court approval, agreed upon a schedule for the filing of an amended complaint, the time for Defendants to answer or otherwise respond to the amended complaint, and, if the response is in the form of a motion to dismiss, a schedule for the filing of the initial motion, Lead Plaintiff's opposition and Defendants' reply, as well as the time to schedule the scheduling conference pursuant to Fed. R. Civ. P. 16.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiff and Defendants, through their respective attorneys of record, subject to the approval of the Court, as follows:

1. Lead Plaintiff shall file an amended complaint on or before July 10, 2012;

2. Defendants shall file an answer or otherwise respond to the amended complaint on or before September 6, 2012;

3. If Defendants file a motion to dismiss, Lead Plaintiff shall file an opposition thereto on or before November 7, 2012;

4. Defendants shall file any reply on or before December 7, 2012; and

5. A scheduling conference pursuant to Fed. R. Civ. P. 16 shall be scheduled after the completion of briefing on Defendants' motion to dismiss.

Dated: May 16, 2012

HOLLAND, GROVES, SCHNELLER & STOLZE, LLC

*/s/ Eric D. Holland*
Eric D. Holland #39935-MO
R. Seth Crompton, #57448-MO
300 North Tucker, Suite 801
St. Louis, MO 63101
(314) 241-8111
(314) 241-5554 (fax)
Email: eholland@allfela.com
         scrompton@allfela.com

*Liaison Counsel for the Anderson Family and the Class*

BROWER PIVEN
   A Professional Corporation
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

BROWER PIVEN
 A Professional Corporation
Charles J. Piven
1925 Old Valley Road
Stevenson, MD 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300

KAHN SWICK & FOTI, LLC
Kim E. Miller
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

KAHN SWICK & FOTI, LLC
Lewis S. Kahn
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com

*Counsel for the Anderson Family and Lead Counsel for the Class*

GIBSON, DUNN & CRUTCHER, LLP

*/s/ Jason Morrow*
Jason Morrow
F. Joseph Warin
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202/955-8296
Fax: 202/530-9686
Email: jmorrow@gibsondunn.com
Email: fwarin@gibsondunn.com

3

BERRY & MAXSON LLC
Robert P. Berry
J. Clayton Johnson
16150 Main Circle Drive
Suite 120
St. Louis, Missouri 63017
Telephone: 314.480.5882

*Attorneys for Defendants*

**SO ORDERED:** _____  _____
                The Honorable Audrey G. Fleissig           Date
                United States District Court Judge