# US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:** USCA#: _____

In Re: KV Pharmaceutical Company Securities Litigation

**Case Number:**

4:11cv1816 AGF

**Plaintiff:** | **Defendant:**

**Lori Anderson, et al.** | **KV Pharmaceutical Company, et al.**

**Attorney:** | **Attorney:**

Eric D. Holland
HOLLAND AND GROVES, L.L.C.
300 N. Tucker Boulevard
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

Randall S. Crompton
HOLLAND AND GROVES, L.L.C.
300 N. Tucker Boulevard
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554
Email: scrompton@allfela.com

SEE DOCKET SHEET

**Court Reporter:**

Please return files and documents to:

Clerk, Eastern District of Missouri

Person to contact about the appeal::

Beth Kirkland   244-7925

PATTI DUNN WECKE

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| ERIC HOLLAND | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?    Yes    No        Where: _____

Please list all other defendants in this case if there were multiple defendants: